07-15-00289-CV

## IN THE SEVENTH DISTRICT APPEAL
## IN TEXAS APPELLANT COURT
## AT POTTER COUNTY COURTHOUSE
## AMARILLO, TEXAS 79105

)_____(

IN PRO SE

RAS THOMPSON, IN PRO SE:
531 54th street (806) 368-9705
LUBBOCK, TEXAS 79404

PLAINTIFF APPELLANT

       VS.

WILLIAM CLAYTON TROTTER, ET AL
THE LUBBOCK POLICE DEPARTMENT
P.O.BOX  2000 at 1625 13th street
LUBBOCK, TEXAS 79457.
DEFENDANT APPELLEES, ET AL
DEFENDANTS APPELLEES ET AL.

)_____(

\*  ""NOTICE OF APPEAL""
\*     FOR
\*  APPIONTMENT ATTORNEY
\*  NO:2015-514,888,
\*
\*



FILED
JUL 15 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

§
§
§
§
§
§
§
§
§

### MOTION FOR THE APPOINTMENT OF COUNSEL
### ON APPEAL ACTION DEPRIVATION LAWS

    I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1.    An affidavit relating to my ability to pay costs and fees.

2.    Other material, if any.
       DUE TO POOR CONDITIONS
      _____

       POOR CONDITITIONAL DEPRIVATION.
      _____

      _____

    I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

DATE 7·3____ 2015 A.D.          RAS THOMPSON, IN PRO SE

Date:

                Signature
                Type or print your address
                and telephone number.

U.S. POSTAGE
PAID
LUBBOCK, TX
79408
JUL 10 15
AMOUNT
$7.30
R2304N117375-08

UNITED STATES
POSTAL SERVICE®
1000

USA FOREVER

RAS THOMPSON, IN PRO SE:
531 54th street
LUBBOCK, TEXAS 79404

RE: OUT OF TIME ""APPEALS
DEPRIVATION OF DUE PROCESS
LAWS"" FROM TRIAL COURT ACTION
FROM
number;2015-514-888,



CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 2870 0000 5825 8610

7014 2870 0000 5825 8610

TO:THE HONORABLE CLERK IN
SEVENTH APPELLATE DISTRICT
501 S. FILLMORE STREET
2-A P.O.BOX 9540
AMARILLO,TEXAS 79105-9540